UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDELSON LEANDRO RODRIGUEZ MEDINA,<br><br>                                         Defendant. | **ORDER**<br><br>25 Cr. 458 (AKH) |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Gary Stein on October 7, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       October 20, 2025

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK