UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,                  :
                                           :
                                           :      **SCHEDULING ORDER**
                        Plaintiff,         :
                                           :      25-cr-458(AKH)
        -against-                          :
                                           :
                                           :
                                           :
ANDELSON LEANDRO RODRIGUEZ MEDINA,         :
                                           :
                        Defendants.        :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Andelson Leandro Rodriguez Medina's sentencing shall take place on March

26, 2025 at 11 a.m. in Courtroom 14D.


                        SO ORDERED.

Dated:          November 20, 2025                _____/s/ Alvin K. Hellerstein_____
                New York, New York                      ALVIN K. HELLERSTEIN
                                                        United States District Judge