UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :      **SCHEDULING ORDER**
                                    Plaintiff,               :
                                                             :      25-cr-458(AKH)
          -against-                                          :
                                                             :
                                                             :
                                                             :
                                                             :
ANDELSON LEANDRO RODRIGUEZ MEDINA,                           :
                                                             :
                                    Defendants.              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          Defendant Andelson Leandro Rodriguez Medina's sentencing currently scheduled for

March 26, 2025 is hereby adjourned until April 13, 2026 at 12:15 p.m.


          SO ORDERED.

Dated:        March 19, 2026                    ___/s/ Alvin K. Hellerstein_____
              New York, New York                   ALVIN K. HELLERSTEIN
                                                   United States District Judge